IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GLYNIS KATE MONTOYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 1:20CV1157 |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On January 11, 2022, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court, ECF No. 15. Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion for a judgment reversing or modifying the decision of the Commissioner of Social Security or remanding the cause for a new hearing, (ECF No. 10), is DENIED, that Defendant's motion for judgment on the pleadings, (ECF No. 12), is GRANTED, that the final decision of the Commissioner be upheld, and that this action is dismissed with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 24th day of February 2022.

/s/ Loretta C. Biggs
United States District Judge